Commonwealth *v.* Harding, Appellant.

744

Submitted September 8, 1975. *Andrea Commaker Levin* and *John W. Packel*, Assistant Defenders, and *Benjamin Lerner*, Defender, for appellant; *Daniel P. McElhatton, Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.